| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>**CHARLES A. GRUEN**<br>Rosa Amica-Terra, Esq. (006412007)<br>381 Broadway, Suite 300<br>Westwood, New Jersey 07675<br>(201) 342-1212 | |
| In Re:<br><br>SERGIO EUGENIO SOTOLONGO | Chapter 7<br><br>Case No.: 17-13112 (MBK) |
| CBC PARTNERS I, LLC,<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>SERGIO EUGENIO SOTOLONGO,<br><br>　　　　　　　　　Defendant. | Adversary Proceeding No.: 17-01342<br><br>Honorable Michael B. Kaplan, U.S.B.J |

## APPLICATION FOR ENTRY OF CONSENT JUDGMENT

TO: Honorable Michael B. Kaplan, U.S.B.J.

　　　The Law Offices of Charles A. Gruen (Rosa Amica-Terra, Esq., appearing), attorneys for Creditor/Plaintiff, CBC PARTNERS I, LLC, submits this application for the entry of a Consent Judgment executed by Mr. Politan on behalf of the Debtor/Defendant, SERGIO EUGENIO SOTOLONGO, and respectfully states:

1. Debtor/Defendant, SERGIO EUGENIO SOTOLONGO, filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on February 17, 2017.

2. Creditor/Plaintiff, CBC PARTNERS, I, LLC filed a Complaint to determine dischargeability of its particular debt pursuant to 11 U.S.C. § 523(a)(2)(A) on May 16, 2017 (the "Complaint").

3. In the Complaint, Creditor/Plaintiff alleges that the debt was incurred by false pretenses, false representations and false written statements.

4. In order to resolve the Complaint, the Debtor/Defendant has voluntarily executed, through his attorney, the Consent Judgment submitted herewith, which enters a money Judgment in favor of Creditor/Plaintiff, CBC PARTNERS I, LLC.

5. The Debtor/Defendant consents to entry of the Consent Judgment without trial and without adjudication of any issues or facts.

6. Based upon the foregoing, it is respectfully requested that the Consent Judgment submitted herewith be entered and recorded as a Judgment against the Defendant.

                                                LAW OFFICES OF CHARLES A. GRUEN
                                                Attorneys for CBC Partners I, LLC

                                                By: _____
                                                    Rosa Amica-Terra

Dated: January 30, 2018