| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices<br>**CHARLES A. GRUEN**<br>Rosa Amica-Terra, Esq. (006412007)<br>381 Broadway, Suite 300<br>Westwood, New Jersey 07675<br>(201) 342-1212 | |
| In Re:<br><br>SERGIO EUGENIO SOTOLONGO | Chapter 7<br><br>Case No.: 17-13112 (MBK) |
| CBC PARTNERS I, LLC,<br><br>　　　　　　　　　　　Plaintiff<br><br>v.<br><br>SERGIO EUGENIO SOTOLONGO,<br><br>　　　　　　　　　　　Defendant. | Adversary Proceeding No.: 17-01342<br><br>Honorable Michael B. Kaplan, U.S.B.J |

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

　　　I certify that with respect to the Consent Judgment Determining Debt Non-Dischargeable submitted to the Court, the following conditions have been met:

　　　(a) The terms of the Consent Judgment are identical to those set forth in the original consent order;

　　　(b) The signatures represented by the /s/ _____ on the Consent Judgment reference the signatures of consenting parties obtained on the original Consent Judgment;

　　　(c) I will retain the original Consent Judgment for a period of 7 years from the date of closing of the case or adversary proceeding.

　　　(d) I will make the original Consent Judgment available for inspection on request of the Court or any party in interest; and

Final paragraph options:

☐ (e) *If submitting the Consent Judgment and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the Consent Judgment and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System,* I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011 (sign certification with a /s/_____).

Date: January 26, 2018

Rosa Amica-Terra

*rev.8/1/15*